UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-482 CAS (CWx) | Date | October 20, 2009 |
|---|---|---|---|
| Title | BALLS OF KRYPTONITE, LLC v. DEVIX CORPORATION; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | LAURA ELIAS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers): MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DEVIX INTERNATIONAL CORPORATION** (filed 09/24/09)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. The hearing date of October 26, 2009, is hereby vacated and the matter is hereby taken under submission.

On September 24, 2009, Bowles Cohn & Crow LLP ("BCC") filed the instant motion to withdraw as counsel for defendants Devix International Corporation, Devix Corporation, and Ron Wilkins (collectively "Devix"). On October 9, 2009, plaintiff Balls of Kryptonite, LLC, submitted a statement of non-opposition to BCC's motion to withdraw as counsel.

Local Rule 83-2.9.2.1 allows an attorney to withdraw as counsel only upon leave of Court. If withdrawal will cause delay in the case, the Court will not allow the attorney to withdraw unless "good cause is shown and the ends of justice require [such relief]." L. R. 83-2.9.2.4. If withdrawal is allowed, the affected parties then "shall appear *pro se* or appoint another attorney by a written substitution of attorney." L.R. 83-2.9.2.3. However, a corporation "may not appear in any action or proceeding *pro se.*" L. R. 83-2.10.1.

BCC argues that Devix has failed to pay attorneys' fees and costs incurred in this action. Bowles Decl. at 2-3. Failure to pay attorneys' fees is normally sufficient grounds for withdrawal. Darby v. City of Torrance, 810 F. Supp. 275, 276 (C.D. Cal. 1992) (citing Liberty-Ellis Island Found., Inc. v. International United Indus., Inc., 110 F.R.D. 395, 397 (S.D. N.Y. 1986)). Because BCC has made a sufficient showing of good cause,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-482 CAS (CWx) | Date | October 20, 2009 |
|---|---|---|---|
| Title | BALLS OF KRYPTONITE, LLC v. DEVIX CORPORATION; ET AL. | | |

the Court GRANTS its motion to be relieved as counsel.

  BCC is hereby ordered to provide Devix with notice of the Court's order in accordance with Local Rule 83-2.9.2.3. Since Devix is a corporation, and as such may not appear *pro se*, BCC is ordered to inform Devix that it must retain new counsel within thirty (30) days of the date this order takes effect. BCC shall advise Devix that its failure to retain new counsel or otherwise respond within thirty (30) days may result in the imposition of monetary and terminating sanctions and the entry of default. BCC shall attach a copy of this order to the letter, and shall otherwise comply with all applicable rules of professional responsibility.

  IT IS SO ORDERED.

|  |  00  :  00  |
|---|---|
| Initials of Preparer | CMJ |